# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23CR108 |
| vs. | ) | |
| ROBERT JOHNSON, TIJUANA L. JOHNSON, and WHITNEY R. WASHINGTON, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant, Whitney R. Washington's Motion to Continue Trial [89]. Counsel was recently appointed and needs additional time to conduct plea negotiations. The government does not object to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [89] is granted, as follows:

1. The jury trial, **for all defendants**, now set for February 6, 2024, is continued to **April 16, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **April 16, 2024,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **January 24, 2024.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED:  January 17, 2024.**

> **BY THE COURT:**
>
> **s/ Michael D. Nelson**
> **United States Magistrate Judge**