IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:23CR108 |
| | ) | |
| vs. | ) | |
| | ) | |
| **WHITNEY R. WASHINGTON,** | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | | |

    This matter is before the court on the defendant's Amended Unopposed Motion to Continue Trial [93]. The parties need additional time to resolve this matter short of trial. Accordingly,

    **IT IS ORDERED** that the Amended Unopposed Motion to Continue Trial [93] is granted, as follows:

1. The jury trial, as to all defendants, now set for April 16, 2024, is continued to **May 14, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 14, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

4. The Unopposed Motion to Continue Trial [92] is denied as moot.

 DATED:  March 29, 2024

                                                         BY THE COURT:

                                                    s/Michael D. Nelson

United States Magistrate Judge