IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:23CR108 |
| | ) | |
| vs. | ) | |
| | ) | |
| **KEVIN C. JOHNSON, TIJUANA L. JOHNSON** | ) | **ORDER** |
| **and WHITNEY R. WASHINGTON,** | ) | |
| | ) | |
| **Defendants.** | | |

This matter is before the court on defendant, Tijuana L. Johnson and defendant, Whitney R. Washington's Unopposed Motions to Continue Trial [95], [96]. For the reasons set forth in the motions, the undersigned magistrate judge finds good cause to grant the continuance.[1] Accordingly,

**IT IS ORDERED** that the Unopposed Motions to Continue Trial [95] and [96] are granted, as follows:

1. The jury trial, **as to all defendants**, now set for May 14, 2024, is continued to **June 25, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of these motions, that is, the time between **today's date and June 25, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: May 2, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

---

[1] However, the trial date in this case has been continued numerous times and it is unlikely that good cause will be found for further delay without a showing of exceptional circumstances. The parties shall complete their negotiations or otherwise be prepared for trial.