IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KEVIN C. JOHNSON, TIJUANA L. JOHNSON ) <br> and WHITNEY R. WASHINGTON, ) <br> ) <br> Defendants. | 8:23CR108 <br><br> ORDER |

This matter is before the court on defendant Whitney R. Washington's Unopposed Motions to Continue Trial [102]. Counsel needs additional time to complete plea negotiations. The undersigned magistrate judge finds good cause to grant the continuance.[1] Accordingly,

**IT IS ORDERED** that the Unopposed Motions to Continue Trial [102] is granted, as follows:

1. The jury trial, **as to all defendants**, now set for June 25, 2024, is continued to **August 27, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of these motions, that is, the time between **today's date and August 27, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: June 5, 2024

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

---

[1] However, the trial date in this case has been continued numerous times and it is unlikely that good cause will be found for further delay without a showing of exceptional circumstances. The parties shall complete their negotiations or otherwise be prepared for trial.