IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:23CR108 |
| vs. | ) ) ) | ORDER |
| TIJUANA L. JOHNSON and WHITNEY R. WASHINGTON, | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on defendant, Whitney R. Washington's Motion to Continue Trial [118] and defendant, Tijuana L. Johnson's Unopposed Motion to Continue Trial [119]. For the reasons set forth in the motions, **the undersigned magistrate judge finds good cause to grant a final continuance.** Accordingly,

**IT IS ORDERED** that the Motions to Continue Trial [118], [119] are granted, as follows:

1. The jury trial, **as to Tijuana L. Johnson and Whitney R. Washington,** now set for September 3, 2024, is continued to **October 8, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of these motions, that is, the time between **today's date and October 8, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted.**[1]

DATED: August 22, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

---

[1] **The Court previously indicated that further continuances were unlikely to be granted. Defendant, Robert Johnson has since decided to enter a guilty plea. The time has now come for the remaining defendants to either request a change of plea hearing or be prepared for trial.**